**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 415 MAL 2015

              Respondent      :

                            :    Petition for Allowance of Appeal from

                            :    the Order of the Superior Court

              v.                :

                            :

JESUS QUILES, JR.,             :

                            :

              Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.